**Adam Jay WELSCH, Plaintiff–Appellant**

v.

**STATE FAIR COMMUNITY COLLEGE, Defendant–Appellee**

**Gary Noland; Marsha Drennon, Defendants.**

**No. 14–2171.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 10, 2014.

Filed: Dec. 15, 2014.

Adam Jay Welsch, Tampa, FL, pro se.

David Patrick Bub, Brown & James, Saint Louis, MO, for Defendant–Appellee.

Before WOLLMAN, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Adam Welsch appeals an order of the district court.[1] Upon careful review of the record and the parties' arguments on appeal, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable Matt Jeffrey Whitworth, United States Magistrate Judge for the Western District of Missouri.